668

## NEUDECKER et al. v. PHILPOT.

### No. 9910.

United States Court of Appeals
District of Columbia Circuit.

Argued April 20, 1949.

Decided May 2, 1949.

Mr. John Alexander, Washington, D. C., with whom Mr. Raymond Neudecker, Washington, D. C., was on the brief, appellants pro se.

Mr. David A. Hart, Washington, D. C., for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

In dismissing on her own motion a wife's complaint for divorce, the District Court denied counsel fees to her attorneys. They appeal from this denial.

In view of a later colloquy between court and counsel, it is not clear to us from the court's memorandum and order whether (1) fees were denied on the theory that the court had no authority to award them in the circumstances of the particular case, or

(2) the court decided, in the exercise of the discretion granted by the statute, D.C. Code 1940, § 16—410, that no fees should be awarded. We think the court had authority to award or deny fees and the exercise of its discretion was required. The case must therefore be remanded for a further order. If discretion was exercised by the appealed order, a new order denying fees or confirming the appealed order will be sufficient.

Frank Edward LORSON, Beneficiary of Harry Lorson, Appellant, v. UNITED STATES of America, Appellee.

### No. 9709.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 15, 1948.

Decided May 2, 1949.

Mr. Warren E. Miller, Washington, D. C., with whom Mr. David S. Allshouse, Washington, D. C., was on the brief, for appellant.

Mr. Thomas E. Walsh, Attorney, Department of Justice, Washington, D. C., with whom Assistant Attorney General H. G. Morison, and Mr. George Morris Fay, United States Attorney, Washington, D. C., were on the brief, for appellee. Mr. Sidney S. Sachs, Assistant United States Attorney, Washington, D. C., also entered appearance for appellee.

Before STEPHENS, Chief Judge, and WILBUR K. MILLER and PROCTOR, Circuit Judges.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.